THE GENEVA AND WATERLOO RAILWAY COMPANY, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

SAME, Respondent, *v.* NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant, Impleaded with THE FALL BROOK RAILWAY COMPANY.

*Geneva & W. R. Co.* v. *N. Y. C. & H. R. R. R. Co.*, 90 Hun, 9, 607, affirmed.
(Argued March 1, 1897; decided March 16, 1897.)

APPEALS from orders of the General Term of the Supreme Court in the fifth judicial department, entered November 6, 1895, which affirmed orders of the Special Term refusing to

vacate orders allowing plaintiff to lay the tracks of its electric railroad across those of the defendant under chapter 239, Laws of 1893.

*Albert H. Harris* for appellant.

*Charles A. Hawley* for respondent.

Orders affirmed on opinion below, with costs.
All concur.